**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DANIEL FORCE,<br><br>        Petitioner,<br><br>   vs.<br><br>STEPHEN MAYBERG, ETC.,<br><br>        Respondent. | CASE NO. SA CV 09-01513 CJC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 19, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE